## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Joshua Michael Thomas                                   CHAPTER 13

              Debtor(s)

                                  BKY. NO. 26-20987 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
27 Apr 2026, 15:15:31, EDT

Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: c17ab0c7f85641cab77b1626c6ae6c73b5defa16128f50ce925bfd35106b3338