Certificate Number: 03088-PAW-DE-040923239

Bankruptcy Case Number: 26-20987



03088-PAW-DE-040923239

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2026, at 8:30 o'clock PM CDT, Joshua Thomas completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  April 30, 2026            By:     /s/Doug Tonne

                                Name:  Doug Tonne

                                Title:   Counselor